# Oklahoma Regulation Confiscating Money Order From Other Prisoner's Family Upheld

The Tenth Circuit Court of Appeals has upheld an Oklahoma State Penitentiary (OSP) regulation that allows money sent to prisoners by a person on another prisoner's visitation list to be classified as contraband and confiscated by OSP.

The action was brought by OSP prisoner George W. Steffey, alleging due process violation by depriving him of property. Pam Grubb, the mother of another OSP prisoner, sent Seffey a fifty-dollar money order. Upon receipt, OSP officials gave Steffey notice that Grubb was on another prisoner's visit list, and that under OSP-120230-02 the money order was contraband and was being confiscated without opportunity to return to the sender.

Steffey filed administrative remedies, which were denied, before he brought his civil rights action. The Oklahoma federal district court granted prison officials summary judgment, holding that because the money had never been deposited into Steffey's "inmate trust account," he never acquired a "property interest in the contraband money order."

While agreeing with the district court's ruling, the Tenth Circuit took the matter a step further. First, that court said OSP officials had a legitimate interest to prevent prisoners "from using their family members to pay off their drug, gambling, or other debts to other inmates, or from extorting money from an inmate's family with threats of harm." Next, the court held the deprivation of the money order was not an "atypical and significant hardship" under *Sandin v. Conner*, 515 U.S. 471 (1995).

The Court said the regulation was valid and was a typical insignificant deprivation. Accordingly, it affirmed the district court's order. It should be noted the outcome may have been different if the sender had brought suit, as she had a property interest in the money. See: *Steffey v. Orman*, 461 F.3d 1218 (10th Cir. 2006).

# News in Brief:

**California:** On November 17, 2006, Orange county jail prisoners Garrett Aguilar, 23; Stephen Carlstrom, 38; Michael Garten, 21; Eric Miller, 21; Jared Petrovich, 22 and Christopher Teague, 30, were charged with the murder of jail prisoner John Chamberlain, 41, who was beaten to death on October 5, 2006. Chamberlain was in jail for possession of child pornography. His was the first murder in the Orange county jail since 1988.

**Cambodia:** On June 18, 2006, eight prisoners and one prisoner guard at the Battambang prison were killed when several dozen prisoners attempted to escape by taking a guard hostage. When police surrounded the prisoners and their hostage guard the prisoners' leader detonated a hand grenade killing himself and the other seven prisoners and their hostage. No prisoners escaped. A week earlier on June 11, 12 pre trial detainees escaped from the Prey Sar prison in Phnom Penh by cutting through the bars.

**Illinois:** On October 6, 2006, an autopsy on Dennis Lane, 35, who had collapsed while in custody at the Peoria county jail, discovered 8 ruptured plastic bags of unidentified drugs in his stomach. Lane had been arrested on drug charges earlier.

**Iowa:** On November 1, 2006, Deke Gliem, 75, an administrator with the Dallas county jail was arrested and charged with raping female prisoners in the jail. He is charged with forcing prisoners to have sex with him and spying on showering female prisoners through a porthole device.

**Kentucky:** On November 13, 2006, Shamoni Peterson, 32, a prisoner at the US Penitentiary Big Sandy was stabbed to death. On October 24, 2006, Calvin Speight, 42, another prisoner at the facility, was also stabbed to death. These are the first murders at the prison which opened in 2003. Both men were from Washington D.C.

**Kentucky:** On October 25, 2006, Alice Stapleton, 30, a guard at the US Penitentiary in Big Sandy, was indicted on charges she was paid $1,000 bribes on three occasions to smuggle heroin, marijuana and cell phones to Personne McGhee, a prisoner at the facility, after receiving them from his mother Clady McGhee. Also charged with Stapleton are prisoner Kenneth Bates, Maria Mims and Temeka Haliburton who allegedly helped transport the drugs to Kentucky. The McGhees were not charged.

**New Jersey:** On December 21, 2006, Bureau of Prisons guard Samuel Bethea, 41, was arrested at home on charges of smuggling cell phones and tobacco into the federal prison at Ft. Dix for a prisoner acting as a confidential informant in exchange for bribes. On October 26, 2006, FCI Ft. Dix guard Timberly Gamache, 35, pleaded guilty in federal court to conspiring with prisoner Hasan Thomas to smuggle cell phones and tobacco into the prison.

**New York:** On November 18, 2006, Rensselaer county jail guard David Rohrmiller was sentenced to 1 to 3 years in state prison for raping two female prisoners in the jail. He had previously been convicted in federal court of lying to FBI agents about the rapes and violating the prisoners' civil rights and sentenced to 8 years for those offenses. The state sentence will run concurrent to the federal sentence.

**North Dakota:** On October 26, 2006, Moe Maurice Gibbs, 34, a former jail guard at the Barnes County Correctional Center in Valley City was charged with six counts of raping female prisoners in his care at the jail. Gibbs was already in jail awaiting trial on unrelated murder charges when he was charged with raping the prisoners. Police have also linked him to a 2004 rape in Bismarck via DNA evidence. Gibbs legally changed his name in 2005 from Glen Morgan Jr.

**Ohio:** On December 29, 2006, Nicholas Diehl, 60, a civilian employee at the Hamilton county jail was charged with theft for stealing toilet paper from the jail.

**Oklahoma:** On October 31, 2006, Darrin Brewer, 39, was sentenced to 10 years in prison for selling drugs to other prisoners. Brewer's wife LaShanda, collected over $60,000 in payments for the drugs that were smuggled in by guards for Brewer to sell at the Geo Corporation run Lawton Correctional Facility.

**Texas:** On November 1, 2006, Porsche Simon, a lieutenant at the Stiles Unit resigned after being notified she was being investigated for smuggling drugs into the prison.

**Texas:** On October 17, 2006, Roy Rogers Robinson, 25, a guard at the Telford unit prison, was arrested on charges

of trying to steal money from an ATM machine at the Ambassador Inn hotel in Texarkana.

**Texas:** On October 19, 2006, death row prisoner Michael Johnson, 29, cheated the executioner by committing suicide 16 hours before his scheduled execution by slashing his jugular vein and an artery in his arm with a razor blade. Using his own blood Johnson wrote "I didn't shoot him" on the wall of his cell. Johnson had been condemned to death for a shooting death in which his accomplice, David Vest, who received an eight year sentence in exchange for his testimony against Johnson, was released from prison in 2003. Johnson is the seventh condemned prisoner in Texas to commit suicide since 1974.

**Uruguay:** On November 17, 2006, former military dictator Juan Maria Bordaberry, 78, and his former foreign minister Juan Blanco, were arrested and charged with four murders of political dissidents in 1976. The United States backed Bordaberry's dictatorship and for years armed and trained the nation's police in torture and murder techniques which were used to successfully crush all political dissent in the small nation between 1973-1985. The arrests come after the recent election of President Tabare Vasquez who promised to make human rights a priority and to end decades of impunity for military torturers and killers if elected.

**Washington:** On November 16, 2006, Kevin Achartz, 40, a prisoner at the Washington State Penitentiary, died of injuries suffered in a beating by other prisoners on November 19 without regaining consciousness. Achartz was convicted in 2005 of sexual exploitation of a minor after filming himself having sex with a 17 year old boy and was sentenced to life without parole due to prior convictions for rape, burglary, assault and theft, among other things under the state's three strikes law. Prison officials are investigating the murder.

**Washington:** On November 3, 2006, Joel Diven, 72, a dentist at the McNeil Island Corrections Center, had his dental license suspended after he fractured the tooth of a prisoner on May 24 and then proceeded to extract part of the prisoners jawbone. The prisoner was sent to Harborview Medical Center in Seattle after Diven "abandoned" the patient who was bleeding profusely, had dropping blood pressure and a blocked airway. Diven resigned from his Department of Corrections job the same day his license was suspended. *PLN* has reported extensively on medical neglect in Washington prisons.

**Wisconsin:** On November 3, 2006, Columbia Correctional Institute guard Mary Gilmore, 25, was charged with stealing methadone pills from prisoners. Gilmore told prison investigators she stole the pills because she "wanted to know what her sister, who had overdosed on it (methadone), was thinking." Gilmore now claims investigators tricked her into falsely confessing to the theft of some 54 methadone pills over a six week period.

**Hot Sexy Pics!**

1000s OF HOT! HOT! HOT! BLACK, EUROPEAN AND SPANISH GIRLS IN BIKINIS, THONGS, SHORTS AND MINIS!

$3.00 for info
$5.00 for a catalog
$10.00 for a catalog *and* 8x10 autographed picture

ALWAYS NEW MODELS!!

New & Highly Advertised site!
www.writesomeoneinprison.com

Nubian Princess Ent.
POB 37
Timmonsville, SC 29161





**WriteAPrisoner.com**

**Take your first step toward making new friends...**

**Are you tired of never hearing your name at mail call? Have you given up hope of meeting new people while incarcerated? We can help. We list personal and legal ads for inmates on our website, along with your photo and address.**

- We receive an astounding 10,000 plus visitors from around the globe daily!
- We have been making headlines since we opened our doors over five years ago - featured on *20/20, E! True Hollywood, Women's Entertainment, The Ricki Lake Show, Court T.V., CNN, Fox News, ABC News, CBS News* and many more!
- Your ad can be found in numerous directories - alphabetically, by state, newest members, birthdays, etc.
- Our website provides information and resources in 51 languages and we are geared for international search engines.
- Comprehensive search allows viewers to search for your ad by age, race, religion, astrological sign, key words, location, etc.
- We advertise non-stop on every major search engine and have thousands of websites linking back to us.
- Affordably priced at $40 for the first year, $30 for renewing year.
- Free email forwarding service increases the volume of your incoming mail.
- Free online résumé posting for members being released within the year
- Our website is user-friendly and includes a supportive chat community
- Free brochure available by sending a SASE to the address below
- Contact us today and start looking forward to mail call!

*"I wanted to thank you for your GREAT services! I have a beautiful fiancée because of my ad. Thank you! PLEASE remove my ad because I no longer have a need for it!" - Richard Jimenez,* South Walpole Prison, Massachusetts


*Proud member of the Volusia County Chamber of Commerce*

**For A Free Brochure, Send S.A.S.E. To:**
**WriteAPrisoner.com**
**P.O. Box 10**
**Edgewater, FL 32132 USA**

*Write Today!*

*Proud member of the Better Business Bureau of Central Florida*



# Tenth Circuit Reinstates Colorado Ad Seg Conditions Claims

*by Bob Williams*

The United States Court of Appeals for the Tenth Circuit has reversed a Colorado state prisoner's administrative segregation (Ad Seg) conditions of confinement claims which were dismissed as frivolous by the United States District Court for the District of Colorado.

Ronald Fogle was housed in continuous Ad Seg confinement in three state prisons from September 2000 to August 2003. He was locked down all but five hours per week and alleges he was denied access to a telephone, showers, outdoor exercise, law library, and programs offered to the general population.

In June 2005, Fogle filed a 42 U.S.C. § 1983 complaint alleging numerous claims. He sought pauper status which was granted. He then paid the entire filing fee but because pauper status was initially granted, the district court undertook a review of the claims for frivolousness pursuant to 28 U.S.C. § 1915(e)(2)(B)(I). All claims were dismissed as frivolous.

On appeal, the Tenth Circuit held that a due process claim stemming from Ad Seg placement hearings was not frivolous. The district court abused its discretion in concluding Fogle's three-year Ad Seg placement was not atypical and significant, under *Sandin v. Conner*, 115 S.Ct. 2293 (1995), and thus had no arguable basis.

The Court also found Fogle's claim of cruel and unusual punishment in denial of outdoor exercise was not frivolous. The district court erred when it claimed Fogle could only raise an arguable claim if denied *all* exercise and again erred when it claimed Fogle did not allege deliberate indifference on the guard's part—he did.

Construing Fogle's pleading liberally, the Court deduced a retaliation claim wherein guards threatened Fogle with transfer and long-term segregation if he did not stop complaining about his conditions. Fogle did not stop and was transferred. Interpreting "complaining" as a right to grieving or appealing, the Court found that "several circuits have held that a prisoner's First Amendment right to petition the government for redress of grievances encompasses the filing of inmate administrative appeals."

Claims for denial of all religious fellowship and access to the law library or other forms of state-provided legal assistance gleaned from Fogle's prose, were deemed non-frivolous. The five surviving claims were remanded for further proceedings to address the merits. The Court noted on remand that a statute of limitations issue, raised by the district court for some claims, may be subject to the rare equitable tolling for "extraordinary circumstances" recognized by the Colorado Supreme Court in *Morrison v. Goff*, 91 P.3d 1050, 1053 (Colo. 2004) (*Morrison* did not apply equitable tolling to a prisoner nor has a Colorado court held that a prisoner fell into the "other legal disability" category for statutory tolling exceptions). See: *Fogle v. Pierson*, 435 F.3d 1252 (10th Cir. 2006).


## PLN Classifieds

**Defense Investigation Grp, Inc.**
We help the wrongfully convicted.
Habeas Investigations Save $ use us before you invest with an attorney.
CA PL lic #24807
11222 La Cienega Blvd Ste 410
Inglewood, CA 90304
PH 310 / 337-1482 or 213 / 280-1945

**HEAVENLY LETTERS** Can Help with All of Your Needs Send a S.A.S.E. for a Catalog. PO Box 851182 Westland, MI 48185 or info@HeavenlyLetters.com

**Ex-Offender Resource Guide**
Providing Help and Hope on the Outside For Info Send a SASE to Ewords PO Box 813474 Smyrna, GA 30081 www.faax.org

**GIVE US A TRY. WE ARE THE BEST!**
Comprehensive Pen Pal Program, Email, Typing, and Internet Services. Help in selling your Artwork. Cheap Photo Copying services. No Scams. No Games. Real Talk. Prison Wizard, Inc., P.O. Box 421526 Indianapolis, IN 46242. Send SASE.


## Other Resources

***ACLU National Prison Project***

Contact about state and federal conditions of confinement affecting large numbers of prisoners, and sexual assaults against prisoners. Write: ACLU National Prison Project, 915 15th St. N.W., 7th Floor, Washington, DC 20005.

***Amnesty International***

Compile information about prisoner torture, beatings, rape, etc., to include in reports about U.S. prisons distributed worldwide. Write: Amnesty International, 322 8th Ave., New York, NY 10001.

***Children of Incarcerated Parents***

Works to stop intergenerational crime. Good info in three areas: education, family reunification, and services for parents and children. Write: Center for Children of Incarcerated Parents, PO Box 41-286, Eagle Rock, CA 90041.

***CorrectHELP***

Provide information related to HIV. Contact if you can't access programs or are not receiving proper medication. Write: CorrectHELP; PO Box 46276; West Hollywood, CA 90046. HIV Hotline 323-822-3838 (Collect OK from prisoners).

***FAMM-gram***

Quarterly magazine of FAMM, that includes info about injustices resulting from mandatory sentencing laws. FAMM-gram, $10 yr prisoners. Write: FAMM, 1612 K Street NW #1400, Washington DC 20006.

***Florida Prison Legal Perspectives***

Bi-monthly newsletter that includes court rulings, administrative developments and news about the Florida DOC. $10 yr prisoners; $15 yr individuals, $30 yr professionals. Write: FPLP, PO Box 1511, Christmas, Florida 32709.

***Justice Denied***

Only magazine dedicated to exposing wrongful convictions, and how and why they happen. 6 issues: $10 prisoners; $20 all others. $3 for sample issue, 37¢ for info (stamps OK). Write: Justice Denied, PO Box 68911, Seattle, WA 98168.

***November Coalition***

Newspaper published 4-times a year reporting on information related to ending the drug war, releasing prisoners of the drug war and restoring civil rights. Yr sub: $6 prisoners; $25 all others. Members receive the Razor Wire. Write: November Coalition, 282 West Astor, Colville, WA 99114.

***Stop Prisoner Rape***

Seeks to end sexual violence against prisoners. Counseling resource guides for imprisoned and released rape survivors & activists available for almost every state. Specify state with request: Stop Prisoner Rape, 3325 Wilshire Blvd. #340, Los Angeles, CA 90010. Donations welcome.

***Partnership for Safety and Justice***

Justice Matters is 4-times a year magazine reporting on prisoner issues in OR, WA, ID, MT, UT, NV and WY. $7 yr. prisoners; $15 all others. Write: PSJ, PO Box 40085, Portland, OR 97240. Write for info about reports related to imprisonment.

# Prison Legal News' Book Store

Fill in the boxes by each book you want to order indicating the Quantity and Amount. Enter the Total of the books on the Order Form. **FREE SHIPPING on all book and PLN index orders OVER $25** (effective Nov. 1, 2003 until further notice). A $5 mailing charge on all other orders.

**SUBSCRIBE TO PLN FOR 4-YEARS AND CHOOSE ONE BONUS!**

1. TWELVE (12) FREE ISSUES FOR 60 TOTAL! ($18 TO $60 VALUE!)
2. WRITING TO WIN: THE LEGAL WRITER ($20.95 VALUE!)
3. THE CELLING OF AMERICA ($24.95 VALUE!)
4. EVERYDAY LETTERS FOR BUSY PEOPLE ($20.99 VALUE!)

**Writing to Win: The Legal Writer,** Steven D. Stark. Broadway Books, 283 pages. **$15.95.** Explains the writing of effective complaints, responses, briefs, motions and other legal papers. 1035

**The Celling of America: An Inside Look at the U.S. Prison Industry,** edited by Daniel Burton Rose, Dan Pens and Paul Wright; Common Courage Press, 264 Pages. **$19.95.** *Prison Legal News* anthology that in 49 essays presents a detailed "inside" look at the workings of the American criminal justice system. 1001

**Everyday Letters For Busy People,** by Debra Hart May, 287 pages. **$15.99.** Hundreds of sample letters that can be adapted for most any purpose, including letters to government agencies and officials. Lots of tips for writing effective letters 1048

**The Criminal Law Handbook: Know Your Rights, Survive the System,** Attorneys Paul Bergman & Sara J. Berman-Barrett, Nolo Press, 608 pages. **$34.99.** Explains what happens in a criminal case from being arrested to sentencing, & what your rights are at each stage of the process. Uses an easy to understand question & answer format. 1038

**Represent Yourself in Court: How to Prepare & Try a Winning Case,** Attorneys Paul Bergman & Sara J. Berman-Barrett; Nolo Press, 528 pages. **$34.99.** Breaks down the trial process in easy-to-understand steps so you can effectively represent yourself in court. The authors explain what to say, in court, how to say it, where to stand, etc. (written specifically for civil cases—but it has much material applicable to criminal cases). 1037

**Law Dictionary,** Random House, 525 pages. **$17.95.** Up-to-date law dictionary includes over 8,500 legal terms covering all types of law. Explains words with many cross-references. 1036

**The Blue Book of Grammar and Punctuation,** Jane Straus, 68 pages, 8-1/2 x 11. **$11.95.** Self-teaching guide on all aspects of grammar and punctuation by an educator with experience teaching English skills to prisoners. Is both a reference and a workbook with exercises and answers provided. 1046

**Legal Research: How to Find and Understand the Law,** 12th ed., by Stephen Elias and Susan Levinkind; Nolo Press, 568 pages. **$39.99.** Excellent for anyone searching for information in a real or virtual law library (including paralegals, law students, legal assistants, journalists and pro se litigants), *Legal Research* outlines a systematic method to find answers and get results. 1059

**Spanish-English/English-Spanish Dictionary,** 60,000+ entries, Random House, **$5.99** Two sections, Spanish-English and English-Spanish. All entries listed from A to Z. Hundreds of new words. Includes Western Hemisphere usage. 1034

**Prisoners' Guerrilla Handbook to Correspondence Programs in the U.S. & Canada,** by Jon Marc Taylor, 341 pages. **$24.95.** Includes contact info & outlines courses offered by over 250 education providers. Info on high school, vocational, paralegal, law, college and graduate courses. One of a kind prisoner resource. 1047

**The Citebook,** 21st ed., by Tony Darwin, Starlite, 306 pages, **$41.95.** This plain language legal manual lists positive cases (cases that give you a right, not take one away) and gives a short synopsis detailing each. 1057

**Deposition Handbook,** by Paul Bergman and Albert Moore, 2nd Rev Ed., 352 pages, **$29.99.** How-to handbook for anyone who will conduct a deposition or be deposed. Valuable info, tips & instructions. 1054

**SUBSCRIBE TO PLN FOR 3-YEARS AND CHOOSE ONE BONUS!**

1. EIGHT (8) FREE ISSUES FOR 44 TOTAL! ($12 TO $40 VALUE!)
2. ACTUAL INNOCENCE ($14.99 VALUE)
3. ROGET'S THESAURUS AND ENGLISH DICTIONARY (16.98 VALUE!)

(SPANISH-ENGLISH/ENGLISH-SPANISH DICTIONARY CAN BE SUBSTITUTED)

**Actual Innocence: When Justice Goes Wrong and How To Make It Right, updated pb.,** by Barry Scheck, Peter Neufeld and Jim Dwyer, 432 pages. **$9.99.** Two of O.J.'s attorney's explain how defendants are wrongly convicted on a regular basis. Detailed explanation of DNA testing and how it works to free the innocent. Devastating critique of police and prosecutorial misconduct and the system that ensures those abuses continue. 1030

**Roget's Thesaurus,** 717 pages. **$5.99.** Over 11,000 words listed alphabetically linked to over 200,000 synonyms and antonyms. Sample sentences and parts of speech shown for every main word. Covers all levels of vocabulary and identifies informal and slang words. 1045

**Webster's English Dictionary,** Newly revised and updated. 75,000+ entries. **$5.99.** Includes tips on writing and word usage, and has updated geographical and biographical entries. Includes latest business and computer terms. 1033

**Capital Crimes,** by George Winslow, 360 pages. **$19.00.** Explains how economic policies create and foster crime and how corporate and government crime is rarely pursued or punished. 1024

**Lockdown America: Police and Prisons in the Age of Crisis,** by Christian Parenti, Verso, 290 pages. **$17.00.** Documented and has first hand reporting on law enforcement's war on the poor. Covers paramilitary policing and SWAT teams, the INS and prisons. 1002

**The Perpetual Prisoner Machine: How America Profits from Crime,** by Joel Dyer, 318 pages. **$19.00.** Exposes how private prisons, banks, investors and small companies profit from the prison industrial complex, and prison growth adds to revenue & profits. 1025

**Crime and Punishment In America,** by Elliott Currie, 230 pages. **$12.95.** Refutes arguments in favor of prison building as a crime solution. Demonstrates crime is driven by poverty and discusses proven, effective means of crime prevention. 1019

**Worse Than Slavery: Parchman Farm & the Ordeal of Jim Crow Justice,** by David Oshinsky, 306 pgs **$14.00.** Analysis of prison labors roots in slavery. Focuses on prison plantations and self sustaining prisons. Must reading to understand prison slave labor today. 1007

**States of Confinement: Policing, Detention and Prison, revised and updated edition,** by Joy James; St Martins Press, 368 pages. **$19.95.** Activists, lawyers and journalists expose the criminal justice system's deeply repressive nature. 1032

**Seize the Day! 7 Steps to Achieving the Extraordinary in an Ordinary World,** by Danny Cox & John Hoover, 256 pages, **$14.99.** Provides 7 common sense steps to changing your expectations in life and envisioning yourself as being a successful and respected person. 1052

**BOP Occupational Training Programs Directory,** 124 pgs. **$10.00.** Directory listing vocational and education programs available to prisoners in every federal prison. Includes contact info for BOP national, regional and CCM offices, and BOP facilities. Invaluable if considering a training or education transfer. 1053

**Criminal Injustice: Confronting the Prison Crisis,** by Elihu Rosenblatt; South End Press, 374 pages. **$18.00.** A radical critique of the prison industrial complex. 1009

**Marijuana Law: A Comprehensive Legal Manual,** by Richard Boire, Ronin, 271pages. **$17.95.** Examines how to reduce the probability of arrest and successful prosecution for people accused of the use, sale or possession of marijuana. Invaluable information on legal defenses, search and seizures, surveillance, asset forfeiture and drug testing. 1008

**ALL BOOKS ARE SOFTCOVER EXCEPT *PRISON MADNESS***

**Hepatitis and Liver Disease: What you Need to Know, 2004 Rev Ed**, by Melissa Palmer, MD, 470 pages. **$16.95.** Describes symptoms & treatments of hepatitis B & C and other liver diseases. Includes medications to avoid, what diet to follow and exercises to perform. 1031

**All Things Censored: Mumia Abu-Jamal**, ed. by Noelle Hanrahan, 303 pgs. **$14.95.** Includes 75 articles by Abu-Jamal. Attacks capital punishment & critiques the dehumanizing prison system. 1040

**Prison Writing in 20th Century America**, by H. Bruce Franklin, Penguin, 1998, 368 Pages. **$13.95.** From Jack London to George Jackson, this anthology provides a selection of some of the best writing describing life behind bars in America. 1022

**Soledad Brother: The Prison Letters of George Jackson**, by George Jackson; Lawrence Hill Books, 368 pages. **$16.95.** Lucid explanation of the politics of prison by a well-known prison activist. More relevant now than when it first appeared 30 years ago. 1016

**The Politics of Heroin: CIA Complicity in the Global Drug Trade**, April 2003 Rev Ed, by Alfred McCoy; Lawerence Hill Books, 734 pages. **$32.95.** Latest Edition of the scholarly classic documenting U.S. government involvement in drug trafficking. 1014

**No Equal Justice: Race and Class in the American Criminal Justice System**, David Cole; The New Press, 218 pages. **$15.95.** Shows how the criminal justice system perpetuates race and class inequality, creating a two tiered system of justice. 1028

**Ten Men Dead: the story of the 1981 Irish hunger strike**, by David Beresford, 334 pages. **$13.50.** Relies on secret IRA documents and letters smuggled out from the IRA political prisoners during their 1981 hunger strike at Belfast's infamous Long Kesh prison. 1006

**Prison Nation: The Warehousing of America's Poor**, edited by Tara Herivel and Paul Wright, 332 pages. **$21.95.** Exposes the dark side of America's 'lock-em-up' political and legal climate. 1041

NOTE! All books ordered AT THE SAME TIME as a 3 or 4 yr sub will be mailed at no charge to the same address as the sub bonus book.

| Subscription Rates | 1 year | 2 years | 3 years | 4 years |
|---|---|---|---|---|
| **Prisoners** | **$18** | **$ 36** | **$ 54** | **$ 72** |
| **Individuals** | **$25** | **$ 50** | **$ 75** | **$100** |
| **Professionals** (Lawyers, agencies, libraries) | **$60** | **$120** | **$180** | **$240** |

**Finding the Right Lawyer**, by Jay Foonberg; American Bar Assoc., 256 pages. **$19.95.** Provides guidance for hiring a lawyer, including how to determine your legal needs, fee payments, how to evaluate a lawyer's qualifications, and much more. 1015

**10 Insider Secrets to a Winning Job Search**, by Todd Bermont, 216 pages. **$14.99.** Roadmap on how to get a job even under adverse circumstances - like being an ex-con. Includes how to develop a winning attitude, write attention grabbing resumes, prepare for interviews and answering questions. 1056

**Prison Madness: The Mental Health Crisis Behind Bars**, by Terry Kupers, 245 pages. **HARDBACK ONLY. $25.00.** Psychiatrist writes about the mental health crisis in American prisons and jails. Covers all aspects of mental illness, rape, racism, negative effects of long term isolation in control units and much more. 1003

**Capitalist Punishment: Prison Privatization & Human Rights**, edited by Andrew Coyle, Allison Campbell & Rodney Neufeld, 235 pages. **$19.95.** Analyzes and describes all the pitfalls of private prisons and privatized prison medical care. 1058

PLN Article Indexes provide detailed information about all PLN articles including title, author, issue, page number, topics covered, case names, and citations, the state or region covered and if it is state, BOP or jail specific. Can be searched on over 500 subjects, such as medical neglect and sexual assault.

**1990-1995 Cumulative Index, $22.50** | **2002 Index, $10.00**
**1996-1998 Cumulative Index, $22.50** | **2003 Index, $10.00**
**1999-2001 Cumulative Index, $22.50** | **2004 Index, $10.00**
**2002-2004 Cumulative Index, $22.50**

**FREE SHIPPING ON ALL BOOK AND INDEX ORDERS OVER $25!**
$5 mailing charge only applies to orders of $25 or less!
(Free shipping policy effective November 1, 2003 until further notice)

**Subscription Bonuses**

2 years 4 bonus issues for 28 total
3 years 8 bonus issues (44 total) OR a bonus book offer listed on pg 45
4 years 12 bonus issues (60 total) OR a bonus book offer listed on pg 45
All subscription bonuses are provided in addition to the normal 12 yearly issues. (All subscription rates and bonus offers are valid through 6-30-05)

**Mail payment and order to:**

Prison Legal News
2400 NW 80th St. #148
Seattle, WA 98117

Purchase with a Visa or MasterCard by phone
**206-246-1022**
Or buy books and subscriptions online at
**www.prisonlegalnews.org**

Please **Change my Address** to what is entered below ☐
Please send **Info** about PLN to the person below ☐

**Mail Order To:**

Name: ______
DOC #: ______
Suite/Cell: ______
Agency/Inst: ______
Address: ______
City/State/Zip: ______
Extra line: ______

All purchases must be pre-paid. **Payments by prisoners with new stamps and pre-stamped envelopes accepted.**

| **Subscribe to Prison Legal News** | **$ Amount** |
|---|---|
| 6 month Subscription (Prisoners only) $9 | ______ |
| 1 yr Subscription (12 issues) | ______ |
| 2 yr Subscription (4 bonus issues for 28 total!) | ______ |
| 3 yr Sub (*Write below which FREE book you want!*) *or* 8 bonus issues for 44 total! | ______ |
| 4 yr Sub (*Write below which FREE book you want!*) *or* 12 bonus issues for 60 total! | ______ |
| Sample Issue of PLN ($2) | ______ |

**Books or Index Orders** (No S/H on 3 & 4 yr sub special books OR book orders OVER $25!) Qty.

______ ______ ______
______ ______ ______
______ ______ ______
______ ______ ______
______ ______ ______

| | |
|---|---|
| **Add $5.00** S/H To Book Orders **UNDER $25** | ______ |
| WA Residents ONLY Add 8.8% To Book Cost | ______ |
| Total Amount Enclosed | ______ |



96




## "Can I challenge my conviction or sentence and win?"

## "What are my rights as a prisoner and how can I protect them?"

**THE PRISONER'S GUIDE TO SURVIVAL** helps answer these two most important questions facing every man and woman imprisoned in the United States.

No matter what your legal or educational background, *The Prisoner's Guide to Survival* will help you learn how to research the law, study your rights, determine your legal options, and take the necessary steps to protect your rights or challenge an illegal conviction or sentence.

Complex issues are explained in plain language so that even if you don't have an attorney you can make an informed decision regarding your legal choices. The Supreme Court decision in *Apprendi v. New Jersey* and its potential for sentence reduction for thousands of defendants is also discussed.

**The SURVIVAL GUIDE includes:**

- **Current legislation and court decisions affecting prisoners.**
- **Actual size example forms for Appeals, Habeas Corpus actions, Motions, Constitutional rights complaints for state & federal prisoners, and more.**
- **Over 3,000 shepardized case law decisions covering criminal conviction, sentencing and prisoner civil rights.**
- **An extensive prisoner assistance resource directory.**
- **A guide to the Freedom of Information Act and Privacy Act.**

### *The Prisoner's Guide to Survival:*

***The most comprehensive and current legal assistance manual available to prisoners, covering post-conviction relief and prisoners' civil rights.***

### *Our readers are impressed:*

*"WOW!"* – H.B.S., FCI Otisville, NY

*"From the eye-catching, metaphorical endless maze cover, to its easy organization, to the breadth of subject matter – the book is more appealing than any of the many others that attempt to cover post-conviction matters. In short, I'm impressed."* – J.R., FCI Pekin, Il.

*"I think it's a great book which will be extremely useful to prisoners... Washington currently plans to eliminate its prison law libraries, which means books like this one will be increasingly important to prisoners' assertion of our legal rights."* – P.W., MICC Steilacoom, WA

### TO ORDER YOUR COPY OF *THE PRISONER'S GUIDE to SURVIVAL*:

Complete order form below and send with your payment to:

**PSI PUBLISHING, INC.**
**413-B 19th Street, #168**
**Lynden, WA 98264**
**1-800-557-8868**

---

**PLEASE SEND _____ COPIES OF "THE PRISONER'S GUIDE to SURVIVAL"**

PRICE:
PRISONERS ................................ $49.95
NON-PRISONERS ....................... $64.95

plus $5.00 shipping & handling.
*Please allow 3–4 weeks for delivery.*

NAME ____________________ REG. # __________
FACILITY ____________________
ADDRESS ____________________
CITY ______________ STATE ________ ZIP __________
○ CHECK OR MONEY ORDER ENCLOSED, PAYABLE TO: PSI PUBLISHING INC. ○ VISA ○ MASTERCARD
CREDIT CARD# ____________________
EXP. DATE __________ SIGNATURE ____________________

**Mail to: PSI PUBLISHING, INC., 413-B 19th Street, #168 Lynden, WA 98264 • 1-800-557-8868**

# Pen Pal & Legal Ads

*Prisoners On-Line Since 1999!*

With an amazing **87% Response Rate** and more exclusive web site features and benefits than **ANY** other prisoner pen pal company *(too many to list in this ad)*, FBTW is in a class of its own! 1-Year Full-Page, Full-Color Regular Web Site Ads $39.95; 1-Year Ad Renewals $19.95!

**Rated BEST** by our clients, we provide you with our **Quarterly Newsletter** to keep you connected, and **FREE** Ad Tips & Suggestions to provide you with the tools to produce the only thing you're looking for... **RESULTS!!**





**Professional Web Site Ads** created by talented New York Web Designers who are also family members and friends of prisoners! We're connected and know the importance outside friendships and relationships hold for you.

Our staff are **Photoshop & Design EXPERTS!** Our web site ads and customer photos are unrivaled in their quality and appeal to the outside public. Have your family and friends compare us to the others... we're confident you'll want to work with us if you know the difference!

... Just a Few of the EXTRAORDINARY Benefits our Clients Enjoy ...

- Outstanding Customer Service Staff - Our promise to you ... if you write, we WILL respond *(simply enclose SASE for response!)*
- Exclusive 'Search Express Instant Friend Locator' makes finding your ad easy for web site visitors *(you are never buried in long lists!)*
- Exclusive 'On-Line Letter Response Center' provides '4' convenient responding options for web site visitors to answer your ad!
- We GUARANTEE your ad will be seen by the outside public! *(FREE Hit Counter provided to track the number of visits to your ad)*
- FBTW is listed on the FRONT page of Major Search Engines such as *(GOOGLE, Yahoo, AOL, etc.)* for web site visitors searching for 'prison pen pals' *(if a web site does not appear on the first page of search results, the chances of your ad being seen is minimal!)*
- The Friends Gazette, our FREE Quarterly Newsletter, keeps our customers connected to the company they trust to represent their ads, and also hooks you up with other resources *(Gifts, Photos, Greeting Cards, Books, etc.)* We'll even refer our customers to other 'quality' prisoner pen pal web sites because our ONLY goal is to help you receive mail!

Send SASE for complete membership details! *Pricing listed above expires 12-31-2007*

**Friends Beyond The Wall, Inc.**

Attn: Pen Pals - PLN ❖ 2600 South Rd ❖ Suite 44-244 ❖ Poughkeepsie, NY 12601-7004

Web Site: www.FriendsBeyondTheWall.com Email: Info@FriendsBeyondTheWall.com


**Subscription Renewal**

Subscriptions expire after the issue shown on the label is mailed. For example, if the label says: EXPIRES 02/2006, then the subscription expires after the February 2006 issues is mailed. Please renew at least 2 months before the expiration date. IF THE LABEL SAYS **EXPIRES: 01/2007** THIS IS YOUR LAST ISSUE. Please renew immediately to avoid missing any issues.

**Change of Address**

If you move or are transfered, please notify PLN as soon as possible so your issues can be mailed to your new address! PLN only accepts responsibility for sending an issue to the address provided at the time an issue is mailed!



**Prison Legal News**
2400 NW 80th Street #148
Seattle, WA 98117

Change Service Requested

Non-Profit Org.
U.S. Postage
PAID
Portland OR
Permit No. 3142