# EXHIBIT 3



# Memorandum
## Office of Detentions

Date:     February 6, 2007

To:       All Detention Division Commanders and Personnel

From:     Gary Lindsey, Chief Deputy, Office of Detentions

Subject:  Newspaper, Magazine, and Inmate Policy

Attached is the current policy on newspaper and magazines for inmates, and inmate mail.

Respectfully submitted,

*Gary Lindsey*
Gary Lindsey
Chief Deputy
Office of Detentions

| Dallas County Sheriff's Department | Newspapers, |
|---|---|
| Office of Detentions | Magazines and Inmate Mail Policy |

## PURPOSE

This policy statement establishes in writing new policy on newspapers and magazines for inmates and inmate mail that came into effect by the verbal orders of the Chief Deputy, Office of Detention, March 31, 2006.

## RESPONSIBILITY

A. Each Division Commander under the Office of Detentions is responsible for implementing this policy and incorporating into their respective jail's Standard Operating Procedure.

B. Watch Commanders and Supervisors are responsible for implementing and enforcing this policy.

C. Each Detention Officer and Clerk is responsible for reading, understanding, and following this policy.

## POLICY

A. General Population inmates are not allowed magazines or newspapers.

  1. Local, national, and international news are available from the television located in each tank's dayroom.

  2. These inmates shall not receive these items through the mail.

  3. Restricting possession of newspapers and magazines will help eliminate clutter in the tanks.

B. Inmates housed in single cells (except suicidal and certain behavioral observation inmates):

  1. May order and have the current day's newspaper, and may have up to three non-religious or non-legal periodicals or magazines in their cell.

  2. These inmates may receive through the mail newspapers and magazines as outlined in the Inmate Mail Room Standard Operating Procedures.

      3. News from a television is not readily available to inmates in single cells.

C. Suicidal inmates and certain behavioral observation inmates, as determined by the Medical Provider, are not allowed newspapers, magazines, books, or periodicals for security and medical reasons.

D. Inmates may receive through the US Mail, except as noted in C. above:

      1. Soft back books or publications (not magazines) from publishers, publication supplier, or bookstores.

      2. Religious material, including magazines except that religious material may be received from any reputable source.

E. All inmates may receive and keep all privilege mail (as defined in the Inmate Mail Room Standard Operating Procedure) and all religious material.