# EXHIBIT 4

# INMATE HANDBOOK

## DALLAS SHERIFF'S DEPARTMENT
## DALLAS COUNTY JAIL SYSTEM
133 N. INDUSTRIAL BOULEVARD
DALLAS, TEXAS 75207-4313

Revised May, 2005
INMATE HANDBOOK

---

DALLAS SHERIFF'S DEPARTMENT
DALLAS COUNTY JAIL SYSTEM
133 N. INDUSTRIAL, DALLAS, TEXAS 75207

### INTRODUCTION

The Dallas County Jail System of the Dallas County Sheriff's Department consists of four separate operating jail facilities:

- George Allen Jail
- Sterrett West Tower
- Sterrett North Tower
- Kays Detention Facility
- Decker Detention Facility
- (Old Jail is closed)

All persons placed into this system are processed at Lew Sterrett Intake/Release Center. You may then be transferred to one of the other facilities for housing. Your housing assignment will depend upon your past criminal record, the type of charge against you, your age, medical condition, and your behavior while you are in this system. On the following pages you will find a great deal of information which will be of help to you during your stay. We recognize that people do not want to be in jail, however, with your cooperation and respect for the rights of others, you can make your time here less uncomfortable for yourself and others.

### NOTARY SERVICE

If you need notary service watch Channel 3 and follow instructions. Jail personnel do not notarize personal papers.

### AVOID JAIL SOLICITORS

Department policy prohibits lawyers and others from soliciting legal business. If you do not have an attorney, the Dallas County Bar Association will recommend one for you. The telephone number for the Dallas Bar Association is (214) 969-7066.

### INTAKE

All of your personal property will be taken and inventoried for safe keeping. Your friends or relatives may call Jail Information at **(214) 761-9025** if they wish additional information regarding the posting of bonds. No member of the Sheriff's Department is permitted to recommend a bonding agency.

### PRE-TRIAL RELEASE

1

102

Each person booked into the Dallas County Jail System is screened by the Pre-Trial Release personnel for possible release on a Personal Bond.

## CLASSIFICATION

The Classification Unit is responsible for assigning locations of all inmates in the Dallas County Jail System. Housing assignments are based on a variety of factors. You may appeal your housing assignment, classification assessment and re-assessments, work or trusty assignments by sending a kite or a grievance to the Classification Unit. You may also appeal an Inmate Program assignment by sending a kite or grievance addressed to Inmate Programs.

## VAULT

Your property items that cannot be taken to the cell with you that are large items will be placed into a bulk storage area and returned to you when you leave. Any money that you have will be deposited to an Inmate Trust Fund Account set up under your name and book in number. This account will allow you to receive deposits from your family and friends and allow you to purchase items from the commissary vendor.

An armband will be placed on your wrist and must remain on your wrists for the duration of your stay in the Dallas County Jail. On the armband is a bar code. This bar code acts as a "debit" card to your Inmate Trust Fund Account. Do not lose or damage this bar code. This bar code works like your ATM card. If someone else gets your bar code they will have access to your account.

You must have this bar code on your wrist at the time of your release. If you do not have your bar code at the book out window, your account will be placed into reserve for 24 hours. This means that you will have to come to the Lobby Information Window in the Lew Sterrett Building after 24 hours and pick up the balance of your Inmate Trust Fund Account.

If your bar code is lost or stolen, contact a Detention Service Officer immediately so he can have your account frozen. If your bar code is damaged or stops working contact a Detention Service Officer. He can arrange a time for you to get a new bar code. Any questions that you have concerning your account should be addressed to the Vault Supervisor.

Any questions concerning the purchases you make from the commissary vendor must be brought to the attention of the vendor at the time of the sale.

## CHANGE TO JAIL CLOTHING

You will be taken to the shakedown room after you have been assigned a jail facility and cell location. All of your personal clothing will be taken, inventoried, and stored. A record will be kept of everything that was taken from you.

## COUNTY ISSUE CLOTHING & PROPERTY

When you are to be housed in one of the units of the Dallas County Jail System, you receive:

Male Inmate:

| coveralls | towel | shoes | socks |
| sheets | mattress | washcloth | underwear |
| blanket | spoon | cup | |

Female Inmate:

| coveralls | towels | shoes | socks |
| sheets | mattress | spoon | cup |
| washcloth | blanket bra | underwear | gown |

It is your responsibility to make certain that you retain the property issued to you.

## PERSONAL CLOTHING & PROPERTY

You are allowed to store only one set of personal clothing in the jail property room. (Exceptions are made for inmates on Work Release.) If someone brings clothing for you to wear to court, those items will be accepted only in exchange for clothing in the property room. Clothing and tennis shoes cannot be mailed to the inmate. These items will be returned. The only items, other than court clothes, which will be accepted are as follows:

Prescription eye glasses or contact lenses.
Money for deposit in inmate accounts.
Prescription medications (subject to approval & distribution by the medical staff).
Dentures.

## VISITING

Visiting hours at all jail facilities are as follows:

Mon - Fri         07:00 p.m. to 09:00 p.m.
Saturday        01:00 p.m. to 04:00 p.m.
Sunday          08:30 a.m. to 11:00 a.m.

Each of your visitors may visit only once per calendar week. The visitor must arrive at least thirty minutes before the end of visiting hours to insure ample time for processing.

## JAIL VISITATION RULES

1. All inmates will be required to fill out an inmate visitor authorization card. The card must be filled out completely and limited to five (5) adult. The card will require full name, race, sex, date of birth (or approximate age) and address. Children under the age of 18 do not count as one of the approved visitors. Persons under eighteen (18) years of age will not be allowed to visit unless accompanied by a parent or legal guardian. Only 2 children per adult. If you are the legal guardian documentation showing proof will be required. All children shall visit the same inmate being visited by the accompanying parent or guardian and shall be kept under the supervision of the accompanying adult. Visitors under the age of 18 who are married to an inmate shall show proof of marriage before visits shall be allowed

2. Persons not listed on the card will not be allowed to visit. Inmates will be allowed to make revisions on their visitors card at the beginning of each month.

3. Inmates will be allowed one visit per calendar week from each person listed on the visitor card. The week begins on Sunday and ends on Saturday. **If you are the only person listed on the visitor card you may visit twice (2) times per week.**

4. Visitors must present a **valid photo identification** including:

   Valid Picture State Drivers License or Identification Card.
   Paper license or identification card renewal (must be accompanied by other picture identification).
   Jail Identification Card.
   Official Government Issues Passport.
   Military Identification Card.
   Alien Registration Card or other valid picture identification Card for the United States Government.

5. Purses, baby carriages, baby blankets and bottles, packages, umbrellas, handbags, paper sacks or other items which, may be used as containers, cell phones, pagers, any sharp instrument, mace, cigarettes and cigarette lighters and matches are not allowed within the Jail Facility. No items of any kind may be left unattended in the lobby area.

6. Physical searches of visitors may be conducted with probable cause.

7. Visitors shall not give any items directly to inmates.

8. Visitors are required to successfully clear the metal detector before being allowed to enter the secure area of the jail.

9. Any visitor who becomes disruptive, allows their children to be disruptive, or does not follow visiting guidelines shall be asked to leave and the visit shall be terminated. The Commander of the Facility shall review the situation and shall determine the length of time for restricting the visitor. Children are not allowed to disrupt visitation. Any child running or playing anywhere on the premises will have to leave.

## TELEPHONE

Your use of the telephone is a privilege which should be used wisely as well as courteously. Collect call phones are available in each housing unit.

Misuse can result in the loss of telephone privileges and even additional criminal charges being filed against you.

## ASSIGNMENT TO TRUSTY STATUS

The Classification Unit is responsible for approving and assigning trusties. If you are interested in being considered for trusty, you should fill out an application.

If you receive penitentiary time, a letter shall be sent to the Texas Department of Corrections verifying your trusty status and conduct while you were incarcerated in the Dallas County Jail.

## MONEY

Money may be deposited to the inmate accounts in the form of:

U.S. Currency.
U.S. Post Office Money Order.
Cashiers Check or Certified Check issued by a bank.
Checks from a County, State, or Federal Law Enforcement or Correctional Agency.

Any other type of check or money order will be handled as non-negotiable.

See section on Mail.

Deposits to inmate accounts are made at the Lobby Information Window, in the Lew Sterrett Facility.

Deposits can be made anytime the Vault computer is active. The computer is inactive three times a day. The inactive hours are:

06:00 a.m. to 06:30 a.m.
02:00 p.m. to 02:30 p.m.
10:00 p.m. to 11:45 p.m.

Once money has been deposited, the computer will generate a three part receipt. One copy is kept by the Vault, one copy is given to the depositor, and the third copy is given to the inmate. After the deposit is made, you may draw off of your account by purchasing items from the commissary. Account funds are accessed by commissary via the computer chip attached to your arm band. The arm band and chip must remain intact and on your arm at all times.

Save all of your money deposit receipts. These receipts are the only way your account can be checked for error. If you feel that an error has been made on your account you must give the following information:

Money Receipt Number
Date of Receipt
Amount of Receipt
Name and Book-in Number
Tank Number
State your problem

Money WILL NOT be accepted for the following inmates:

1. Incoming inmates who have not been processed through the Vault.
2. Inmates who are Class "C" City Prisoners.
3. Inmates who are on Work Release and Weekenders.
4. Inmates who are releasing and have been through the Vault.

**INDIGENT INMATES**

An indigent inmate is one who has less than $5.00 in their inmate account for a period of 72 hours or longer. You may request paper, pencil, and stamped envelopes for nonlegal correspondence by sending a written request (kite) to the Law Library in your facility. You are limited to one issue per week. Indigent inmates may mail legal material requiring a large envelope at any time by taking it to the Law Library. Material for legal correspondence is also provided at the Law Library. Send a written request to the Law Library.

Indigent inmates will be issued a hygiene package (razor, comb, toothpaste, toothbrush, shampoo, and deodorant). You will receive these items <u>automatically</u> after the first 72 hours. If you remain on the indigent list, you will receive another package every two weeks.

**COMMISSARY**

Inmates who are not on restriction are permitted to purchase food, stationery, stamps and personal comfort items from the jail commissary. Items may be purchased as needed when you have sufficient money in your inmate account. Prices for commissary items are comparable to prices for similar items on the outside. Any questions concerning purchases from the Commissary must be brought to the attention of the vendor at the time of sale.

No inmate is permitted to operate a store. A store is hoarding/storing of items for the purpose of resale, for profit or gain.

**MAIL**
Mail should be addressed as such:

John Smith #981123456
Tank #11 S 14
500 Commerce Street
Dallas, Texas 75202

The sender should also print their full name and return address in case the inmate has been released. Mail is not forwarded to the inmate once he has been released. Mail for released inmates is returned to sender or sent to the dead letter department at the U. S. Post Office. Legal mail will be opened in your presence. Stamps and writing material may be purchased from the Commissary.

Cash money should not be sent through the mail. The Dallas County Sheriff's Department has an agreement with an independent contractor to cash certain types of checks and money orders. These items should be made payable to the inmate and include the inmates book in number. The sender should retain their copy until the inmate has verified that they have

6

7

105

received the deposit. The acceptable items are:

1. United States Postal Money Orders
1. Bank Issued Certified Checks (must state Certified Check on front)
3. Bank Issued Cashiers Checks (must state Cashiers Check on front)
4. Checks from a Municipal, County, State, or Federal Law Enforcement or Correctional Agency

Any other type of checks or money orders will be handled as non-negotiable. Non-negotiable items will be sent to the inmate on a Non-Negotiable Instrument Form. The inmate must then return the item to the sender and have an acceptable item sent to them for deposit.

Inmates are not allowed to receive the following items through the mail:

1. Books, magazines, or newspapers sent from a book store or a private individual. (These items are allowed, only if sent from the publishers.)
2. Writing materials, envelopes, and stamps. These items are made available to the inmates from a contract commissary vendor. Indigent inmates are provided these items without cost from Inmate Services.
3. Large or musical greeting cards
4. Books, magazines or photos depicting nudity
5. Polaroid photos are only acceptable if the sender removes the chemical backing. The mail room personnel will not remove the backing.
6. Items of clothing or footwear. These items will be returned to sender.

**FOOD SERVICE**

Each inmate will receive three (3) meals a day. Meals will be served at:

Breakfast       05:00 a.m.
Lunch           11:00 a.m.
Dinner          04:30 p.m.

Eating utensils are issued when you are placed in jail. These utensils will be retained by the inmate until his release from jail.
All trays (hot and cold) will be returned at the completion of the meal. No one is allowed to retain a tray.

**PERSONAL HYGIENE**

8

---

It will be your responsibility to keep yourself clean and presentable at all times. Alteration of jail issued clothing is not allowed. Personal body, clothing, and living areas are to be kept clean. Bedding and county issued clothing will be laundered on a regular schedule by the jail laundry. Female inmates are responsible for laundering personal clothing. Inspections by staff members will take place at regular intervals to insure that the living areas are kept clean. All tank areas shall be kept orderly at all times.

**HOUSING**

No posters, photographs or papers may be hung, pasted or otherwise attached in any manner on cell walls, bars, ceilings, doors, windows, furniture or storage bins. No writing or drawing is permitted on cell walls, bars, ceilings, doors, windows, furniture or storage bins. Beating on glass or cell doors or walls is not permitted.

Cell bars, doors, light fixtures and air vents must be kept free of clutter (paper) at all times.

**CLEAN UP (GI) DAYS** - During each week, each tank will have clean up (GI) days. All tanks and cells will be completely cleaned by the inmates housed in them. The Jail Supervisor will inspect each floor to determine if each tank and cell has been cleaned. Additional days may be specified by the Facility Commander.

**INMATE SERVICES - PROGRAMS**

**Education** - a variety of vocational and educational programs are available to qualified inmates. Course work is offered at several levels from literacy and adult basic education to high school (GED). College level and vocational education programs are also offered. Inmate Services should be contacted by kite, if you are interested in being considered for enrollment in these programs.

**Chemical Dependency** - Qualifying inmates with a drug or alcohol problem may be chosen to participate in counseling. Send a kite to Inmate Services to be considered for this program.

**Recreation** - Inmates who are not restricted for medical reasons are eligible to use the recreation areas. Use of the recreation areas are rotated from tank to tank.

**Work Release** - work release allows an inmate sentenced to the jail to leave each day for work. The Judge presiding over your case is the only person who can grant you work release status.

9

106

Inmate Services will also answer questions concerning case numbers, tickets, etc. Information requests may be made through the Inmate Request Form (kite).

## LIBRARY

A law library and general circulation library is provided in each jail. General library books are brought to the tanks in carts and checked out to the units, not to the individuals. Law library books must be used in the Law Library. Requests to visit the Law Library should be made by writing an inmate request (kite) to the Library Coordinator in your jail facility.

## VOTER REGISTRATION

Inmates who would like to obtain a voter registration card can do so by sending a kite to the law library.

## TELEVISION

The Dallas County Jail television is on Channel 3. The programs which include education, religion, and recreation features, are provided from 7:45 a.m. until 8:00 p.m. daily. Other channels providing usual television shows and music are also available. Music is provided on Channel 3. Radio stations are rotated daily. The hours you may view the television are 7:00 a.m. to 12:00 a.m., Sunday through Thursday, and 7:00 a.m. to 1:00 a.m. on Friday and Saturday.

## RELIGION

The Religious Services Office (Chaplain) offers a wide variety of services. Inmates may request visits from a chaplain or request religious reading materials by sending an inmate request (kite) to the Chaplain's Office. Various religious services are held in each jail facility. Religious services are also broadcast daily on Channel 3. Bibles are available for inmates in all facilities and can be taken from the general circulation book cart.

## HEALTH CARE

Medical care is provided by an outside agency Medical Staff. Licensed nurses are on duty 24 hours a day. In an emergency, notify the detention officer on your floor. When non-emergency medical services are needed, you should write an inmate request (kite) to the nurse stating the date, your name, book-in number, tank number and nature of your problem.

You will be called to the medical section and checked by a nurse at the earliest convenience. If the nurse feels that you should be checked by the jail doctor, this will be arranged.

10

Medications are announced at all tanks when the nurse arrives on the jail floor. If you want to receive medication you must be dressed, have your cup of water ready, and be waiting at the security gate. Do not ask another inmate to pick up your medication. You are prohibited from giving your medications to another inmate. You must swallow the medication while standing in front of the nurse.

## INMATE GRIEVANCE PROCEDURES

A grievance is a written appeal from you to protest the following:

1. Violation of Civil Rights.
2. Criminal Act - by inmates or detention staff.
3. Denial or failure to allow access to any privilege without just cause or due process.
4. Proscribed act by a jailer or staff.

All grievances will be forwarded to the Inmate Grievance Board. The Board reviews the grievance to see if the grievance meets the above criteria or to see if it is an emergency grievance. If the grievance is not an emergency, you will receive a response within 15 days.

If you disagree with the Board's findings, you may appeal to the Chief Deputy, Office of Inmate Housing. Action by the Chief Deputy is final.

## INMATE DISCIPLINE

You have been provided with this Inmate Handbook which contains the inmate rules. You are required to obey all rules and regulations of the Dallas County Jail System, as well as any other orders given to you by jail personnel. Violations of these rules will subject you to the disciplinary proceedings of the Jail System or to prosecution as provided by law.

Violation of any jail rule can be enhanced by the circumstances. This will be decided by the Watch Supervisor on duty and forwarded to the Jail Commander for his decision on disciplinary action.

The inmate rules are divided into five (5) categories, with possible sanctions outlined for each category, depending on the severity of the infraction. Each inmate will be provided with a copy of the Jail Inmate Rules which you are expected to read. You will be asked to sign,

11

107

acknowledging that you received a copy of the Inmate Handbook which contain the rules and grievance procedure.

# INMATE RULES

## SECTION A - RULE VIOLATIONS

Violation of any of the following rules is considered a **MINOR** infraction and the violator may receive from two (2) to ten (10) days of restriction:

1. Smoking where prohibited.
2. Misuse or saving of authorized medication.
3. Possession of unauthorized money or currency.
4. Possession of property belonging to another.
5. Loaning of property or anything of value for profit or increased return.
6. Possession of anything not authorized for retention, or receipt, or not issued to him/her by the jail.
7. Possession of clothing, bedding, and/or linen, in excess of the number authorized.
8. Un-excused absence from any assigned area.
9. Participating in an unauthorized meeting or gathering.
10. Failure to follow sanitation or safety standards.
11. Using any equipment contrary to instructions or jail safety standards.
12. Possessing an intoxicant, making intoxicants, being intoxicated, or reporting to jail intoxicated.
13. Being unsanitary or untidy; failing to keep ones person, cell, and/or day room area clean and tidy in accordance with jail sanitation rules.
14. Unauthorized or fraudulent use of the mail or the telephone.
15. Inadequate, partial, or improperly worn uniform.
16. Unauthorized contact with another inmate, or unauthorized passing of any item to another inmate.
17. Violation of a written or posted rule.

## SECTION B - RULE VIOLATIONS

Violation of any of the following rules is considered a **MINOR** infraction and the violator may receive from five (5) to fifteen (15) days of restriction:

1. Gambling, or preparing or conducting a gambling pool.
2. Encouraging others to refuse to keep their individual cells and/or day room clean.
3. Lying or providing a false statement to a deputy or a staff member.

4. Unauthorized contact with the public.
5. Refusing to obey an order of any deputy or staff member.
6. Abuse of intercom system.
7. Present in an unauthorized area.
8. Unauthorized taking of items into or out of a housing unit.
9. Unauthorized absence from work or activity.
10. Failure to identify self, or giving a false identity.

## SECTION C - RULE VIOLATIONS

Violation of any of the following rules is considered a **MAJOR** infraction and the violator may receive from five (5) to twenty (20) days of restriction. Classified as **MODERATE**.

1. Disrespect to staff.
2. Possession of an altered item.
3. Excessive noise.
4. Violation of feeding procedures.
5. Violation of visitation procedures.
6. Violation of program procedures.
7. Violation of recreation procedures.
8. Violation of treatment program procedures.
9. Giving money or anything of value to or accepting money or anything of value from another inmate, a member of another inmates family or friends, unless specifically authorized by the Watch Supervisor on duty.

## SECTION D - RULE VIOLATIONS

Violation of any of the following rules is considered a **MAJOR** infraction and the violator may receive from ten (10) to twenty-five (25) days of restriction. Classified as **HIGH**.

1. Adulteration of any food or drink.
2. Threatening another.
3. Extortion, blackmail, protection, demanding money or anything of value in return for protection of one inmate from another, to avoid bodily harm, or under threat of informing, or the selling of beds, bedding, clothing, linen, regular meals, telephone usage, or any other privilege or right given to inmates.
4. Engaging in sexual acts with another, or making a sexual proposal or a threat to another.
5. Indecent exposure.
6. Impeding an inmate head count.
7. Impeding the security of a housing unit.

8. Obstructing the view into any area, or covering, tampering with or damaging any lighting device.
9. Falsely reporting any emergency.
10. Tattooing or possession of tattooing paraphernalia.
11. Reckless conduct which places self or another in danger of injury.
12. Faking an illness or injury.
13. Disruption of ANY institutional activity.
14. Wearing a mask or disguise.

## SECTION E - RULE VIOLATIONS

Violation of any of the following rules is considered a **MAJOR** infraction and the violator may receive from fifteen (15) to thirty (30) days of restriction. Classified as **HIGHEST**.

1. Any act classified as an offense under Local, State, or Federal Law, whether or not a criminal case is filed. (Including, but not limited to: Murder, Sexual Assaults, Theft, Arson, Escape, Criminal Mischief, Any Attempted Offense, etc.)
2. Riotous behavior.
3. Fighting.
4. Assaulting another person.
5. Altering, defacing, damaging, or removing of an inmate arm band.
6. Possession of stolen property.
7. Trafficking.
8. Giving or offering any official, deputy, or staff member a bribe or anything of value.
9. Tampering with or blocking any locking device or door system.
10. Self mutilation.
11. Possession or manufacture of a weapon.
12. Possession or manufacture of an escape device.
13. Possession or manufacture of chemical agents.
14. Possession or manufacture of unauthorized drugs or medication.
15. Possession or manufacture of narcotics or narcotic paraphernalia.
16. Throwing or propelling objects or substances.
17. Interference with Court related proceedings.
18. Interference with official communications or communications devices.
19. Interference with security operations.
20. Encouraging or engaging in a group demonstration.
21. Counterfeiting, forging, or unauthorized reproduction of any document, article of identification, money, negotiable item, security, or official paper.

14

## REVOCATION FOR PROBATED DISCIPLINARY SANCTIONS

An inmate who has been found guilty of violating a jail rule by a Disciplinary Board or Officer may have any penalty imposed probated for their length of stay in the Dallas County Jail. Once having been given a probated penalty for any rule violation, any subsequent finding of another rule violation by a Disciplinary Board or Officer will result in the revoking of that probation status. That probated penalty may be imposed consecutively with the penalty for the new violation, upon completion of the appeal process.

## DISCIPLINARY PROCEEDINGS

If you violate any of the jail rules, it will result in disciplinary action. Disciplinary action for infractions classified as **MINOR** may include any of the following: Counseling, verbal warning, written warning, and/or a hearing before a Minor Disciplinary Board or Officer. **MAJOR** infractions will be referred to the Major Disciplinary Board.

The alleged violator will receive a written notice which specifies the violation at least twenty-four (24) hours prior to any hearing. The alleged violator may designate up to two (2) witnesses to testify in their behalf, at the time of service of the written notice of violation. The violator may be moved to Administrative Custody until the hearing.

Disciplinary hearings will be held by a neutral and impartial board or officer that does not include anyone involved in the claimed violation, and will normally be held within ten (10) working days of the alleged violation.

## WAIVER

An accused inmate may waiver any Board Hearing with proper notification before signing the waiver.

1. The waiver must include the appropriate identification of any Jail Rule Infraction, the allowable sanctions, and the sanctions offered by the waiver.
2. A waiver cannot include the loss of good time as a sanction.
3. The waiver may be offered by the Board Chairman or by the Officer serving the Board Hearing Notification before the start of any hearing. Once the hearing starts, the wavier offer is withdrawn.

You will be given the opportunity to be heard in person, present evidence, and call only those witnesses designated at the service of the notice of violation, in your behalf at the hearing, as long as doing so does not

15

109

present any undue hazard to the safety of the institution and correctional goals. The evidence against you will be disclosed at the hearing, although confidential informants may be protected. You may seek the aid of another inmate or staff member if you are illiterate or do not comprehend your case enough to collect and present the necessary evidence for your defense. The hearing Board or Officer will decide your guilt or innocence. The Board or Officer will provide you with written notification of their findings and the evidence relied upon. The notice will outline the appeal process.

SANCTIONS
The Board or Officer may impose the following penalties for violation of jail rules:

Minor Infractions:

1. Loss of commissary, telephone, non-legal mail (if non-legal mail was a factor in the violation or the non-legal mail violated correspondence regulations), and/or visiting privileges for up to fifteen (15) days.
2. Assigned to a disciplinary housing unit for up to fifteen (15) days.

Major Infraction:

1. Loss of commissary, telephone, non-legal mail (if non-legal mail was a factor in the violation or the non-legal mail violated correspondence regulations), and/or visiting privileges for up to thirty (30) days.
2. Assigned to a disciplinary housing unit for up to thirty (30) days.
3. Removal from work assignment or program participation.
4. Loss of County good time credit and/or recommendation sent to the Prison for loss of good time credit at that institution.

Any or all sanctions specified for each type of infraction listed above may be imposed. Your penalty may be suspended subject to acceptable conduct for the duration of confinement. As a result of a conviction, your custody level will be reassessed, and may be increased. Rule violations will become part of your permanent record, and will have a direct bearing on your classification during this stay and all subsequent stays in this jail. If you are transferred to another agency, your conduct will be reported to that agency.

In a Major Board Hearing you have the right to appeal, in writing, the

16

decision of the Disciplinary Board within seventy-two (72) hours, to the Chief Deputy, Office of Inmate Housing. In a Minor Board Hearing you have the right to appeal, in writing, the decision of the Disciplinary Board within twenty-four (24) hours, to the Jail Commander.

INMATE GRIEVANCES
All inmates have the right to file a written grievance regarding violations of civil rights, a criminal act, an unjust denial or restriction of an inmate privilege, or a proscribed act by facility staff. The current full procedure is described on Channel 3 on the television. Upon request, a staff member will supply you with a grievance form within a reasonable time. A grievance form is not required but preferred. Specifically list all relevant facts surrounding your grievance, dates, times, names, etc. It is preferred, but not required, that your grievance be sealed in an envelope, that you supply. Mark the envelope grievance and give to a staff member. Your grievance will be reviewed and/or investigated by the grievance committee, and an answer should be received in 60 days or less, with an interim response in 15 days or less.

ALL INMATES WILL SIGN FOR RECEIPT OF THIS HANDBOOK ON THE BACK OF THEIR BUFF CARD.

17

110