# EXHIBIT 5

# Dallas County Sheriff's Department

Inmate Housing Bureau
Inmate Grievance Committee

**To:** ALLEN, BILLY

**Book - in #** 06037317

**Current Assignment** WT  9P01

**Regarding Grievance** 063012                **Filed on** 7/20/2006

**Your Grievance has been investigated by the Grievance Committee and the determination of the committee is as follows:**

NEWSPAPERS AND MAGAZINES ARE NO LONGER ALLOWED IN THE JAIL.

**Response Date** 9/7/2006                **The Grievance Committee**

111

# Dallas County Sheriff's Department

### Inmate Housing Bureau
### Inmate Grievance Committee

**To:** ALLEN, BILLY

**Book - in #** 06037317

**Current Assignment** WT   9P01

**Regarding Grievance** 063012         **Filed on**   7/20/2006

Your Grievance has been received and will be investigated to determine if:

    a)    It is a violation of your civil rights;

    b)    It is a criminal act;

    c)    It is an abridgement of an inmate privilege;

    d)    It is a prohibited act committed by a staff member

**Response Date** 7/20/2006                 **Your Grievance Committee**