# Exhibit D
# March 17, 2006 Email from McMillan to Jail Staff

**From:**     Edgar McMillan
**To:**       James Howell; James Strickland; Jerry Hunter; Jesse Flores; Lee DeVaney; Lupe Valdez; Mona Birdwell; Sheila Jones
**Date:**     3/9/06 2:47:06 PM
**Subject:**  Magazines

Please advise the inmates via channel 3 that as of Friday March 17, 2006 no magazines will be allowed in the dallas county jail except in the North Tower S/C area and very soon newspapers and magazines will be dis-continued in the entire jail system.



Appendix p. 26