# Exhibit G
# Dallas Sheriff's Department
# Inmate Handbook

# INMATE HANDBOOK

## DALLAS SHERIFF'S DEPARTMENT

## DALLAS COUNTY JAIL SYSTEM

133 N. INDUSTRIAL BOULEVARD

DALLAS, TEXAS 75207-4313

---

DALLAS SHERIFF'S DEPARTMENT
DALLAS COUNTY JAIL SYSTEM
133 N. INDUSTRIAL, DALLAS, TEXAS 75207

### INTRODUCTION

The Dallas County Jail System of the Dallas County Sheriff's Department consists of four separate operating jail facilities:

    George Allen Jail
    Sterrett West Tower
    Sterrett North Tower
    Kays Detention Facility
    Decker Detention Facility
    (Old Jail is closed)

All persons placed into this system are processed at Lew Sterrett Intake/Release Center. You may then be transferred to one of the other facilities for housing. Your housing assignment will depend upon your past criminal record, the type of charge against you, your age, medical condition, and your behavior while you are in this system. On the following pages you will find a great deal of information which will be of help to you during your stay. We recognize that people do not want to be in jail, however, with your cooperation and respect for the rights of others, you can make your time here less uncomfortable for yourself and others.

### NOTARY SERVICE

If you need notary service watch Channel 3 and follow instructions. Jail personnel do not notarize personal papers.

### AVOID JAIL SOLICITORS

Department policy prohibits lawyers and others from soliciting legal business. If you do not have an attorney, the Dallas County Bar Association will recommend one for you. The telephone number for the Dallas Bar Association is (214) 969-7066.

### INTAKE

All of your personal property will be taken and inventoried for safe keeping. Your friends or relatives may call Jail Information at **(214) 761-9025** if they wish additional information regarding the posting of bonds. No member of the Sheriff's Department is permitted to recommend a bonding agency.

### PRE-TRIAL RELEASE

Appendix p. 35

1

102

received the deposit. The acceptable items are:

1. United States Postal Money Orders
2. Bank Issued Certified Checks (must state Certified Check on front)
3. Bank Issued Cashiers Checks (must state Cashiers Check on front)
4. Checks from a Municipal, County, State, or Federal Law Enforcement or Correctional Agency

Any other type of checks or money orders will be handled as non-negotiable. Non-negotiable items will be sent to the inmate on a Non-Negotiable Instrument Form. The inmate must then return the item to the sender and have an acceptable item sent to them for deposit.

**Inmates are not allowed to receive the following items through the mail:**

1. Books, magazines, or newspapers sent from a book store or a private individual. (These items are allowed, only if sent from the publishers.)
2. Writing materials, envelopes, and stamps. These items are made available to the inmates from a contract commissary vendor. Indigent inmates are provided these items without cost from Inmate Services.
3. Large or musical greeting cards.
4. Books, magazines or photos depicting, nudity
5. Polaroid photos are only acceptable if the sender removes the chemical backing. The mail room personnel will not remove the backing
6. Items of clothing or footwear. These items will be returned to sender.

**FOOD SERVICE**

Each inmate will receive three (3) meals a day. Meals will be served at:

Breakfast    05:00 a.m.
Lunch        11:00 a.m.
Dinner       04:30 p.m.

Eating utensils are issued when you are placed in jail. These utensils will be retained by the inmate until his release from jail.
All trays (hot and cold) will be returned at the completion of the meal. No one is allowed to retain a tray.

**PERSONAL HYGIENE**

8

---

It will be your responsibility to keep yourself clean and presentable at all times. Alteration of jail issued clothing is not allowed. Personal body, clothing, and living areas are to be kept clean. Bedding and county issued clothing will be laundered on a regular schedule by the jail laundry. Female inmates are responsible for laundering personal clothing. Inspections by staff members will take place at regular intervals to insure that the living areas are kept clean. All tank areas shall be kept orderly at all times.

**HOUSING**

No posters, photographs or papers may be hung, pasted or otherwise attached in any manner on cell walls, bars, ceilings, doors, windows, furniture or storage bins. No writing or drawing is permitted on cell walls, bars, ceilings, doors, windows, furniture or storage bins. Beating on glass or cell doors or walls is not permitted.

Cell bars, doors, light fixtures and air vents must be kept free of clutter (paper) at all times.

**CLEAN UP (GI) DAYS** - During each week, each tank will have clean up (GI) days. All tanks and cells will be completely cleaned by the inmates housed in them. The Jail Supervisor will inspect each floor to determine if each tank and cell has been cleaned. Additional days may be specified by the Facility Commander.

**INMATE SERVICES - PROGRAMS**
**Education** - a variety of vocational and educational programs are available to qualified inmates. Course work is offered at several levels from literacy and adult basic education to high school (GED). College level and vocational education programs are also offered. Inmate Services should be contacted by kite, if you are interested in being considered for enrollment in these programs.

**Chemical Dependency** - Qualifying inmates with a drug or alcohol problem may be chosen to participate in counseling. Send a kite to Inmate Services to be considered for this program.

**Recreation** - Inmates who are not restricted for medical reasons are eligible to use the recreation areas. Use of the recreation areas are rotated from tank to tank.

**Work Release** - work release allows an inmate sentenced to the jail to leave each day for work. The Judge presiding over your case is the only person who can grant you work release status.

9

106    Appendix p. 36