# Exhibit H
# Billy Allen Grievance Response

# Dallas County Sheriff's Department

**Inmate Housing Bureau**
**Inmate Grievance Committee**

**To:** ALLEN          , BILLY

**Book - in #**   06037317

**Current Assignment**   WT    9P01

**Regarding Grievance**   063012                    **Filed on**      7/20/2006

**Your Grievance has been investigated by the Grievance Committee and the determination of the committee is as follows:**

NEWSPAPERS AND MAGAZINES ARE NO LONGER ALLOWED IN THE JAIL.

**Response Date**  9/7/2006                    **The Grievance Committee**

111

Appendix p. 38