# Exhibit I
# Lakeith Amir-Sharif October 12, 2006 Grievance

Attention: Sheriff Lupe Valdez

# INMATE GRIEVANCE COMPLAINT FORM
## DALLAS SHERIFF'S DEPARTMENT DETENTION BUREAU

TODAY'S DATE: October 12, 2006         GRIEVANCE # _____

FROM: INMATE'S NAME Mr. L. Amir-Sharif     BOOK-IN # 05081644

CURRENT TANK 2W22       TANK WHERE INCIDENT OCCURRED 2W22

Re: Unlawful Censorship of PLN and Graterfriends (etc.)

### STATEMENT
(PRINT OR WRITE LEGIBLY. INCLUDE ALL DATES, TIMES, AND NAMES OF PERSONS INVOLVED, INCLUDING ANY WITNESSES IF NECESSARY.)

Dear Sheriff Valdez, this grievance is sent to your attention about the above-referenced subject since you are the ultimate official who is responsible for the policies, procedures and lawful operations of this jail not inconsistent with our nations Constitution and the Constitution of the State of Texas. My "monthly" subscriptions to Prison Legal News (PLN) and Graterfriends - Pennsylvania Prison Project Publication - are being rejected despite my First Amendment Right to receive them. This is also a denial/impediment of my access to the courts because as you are aware quite possibly me use of use the Amendments and these publications are my primary source of current legal information to keep my litigation against you going. I'm not suppose to receive a rejection notice so is the statute but this insn't occurred. Please consider this matter. Thank you.

DO NOT WRITE BELOW THIS LINE (FOR STAFF USE ONLY). WRITE ON BACK IF NECESSARY TO COMPLETE FORM.

RECEIVED BY OFFICER:                RECEIVED BY GRIEVANCE OFFICER:

_____              _____
DATE AND SIGN                       DATE AND SIGN

GRIEVANCE TYPE _____

Appendix p. 40