# Exhibit J
# Lakeith Amir-Sharif December 7, 2006 Grievance

Mr. Lakeith Amir-Sharif
(#0508644) North Tower
Dallas County Jail (2W31)
500 Commerce Street
Dallas, Texas 75202-4729

December 07, 2006

Attention: Sheriff Lupe Valdez
Dallas County Sheriff's Dept.
133 North Industrial Blvd. (LB-31)
Dallas, Texas 75207-4313

Re: Grievances Ignored About Ban on Legal Publications, Prison Legal News, Gritsforbreakfast, National Lawyers Guild-Press Project

Dear Sheriff Valdez:

As you are obviously aware by now, I am being arbitrarily deprived my rights to legal publications essential to my access to the courts. Your tacit approval or knowing acquiescence of these unconstitutional policies and practices make you no better than the "criminals" you claim you are "protecting" the community from. If persons are ever expected to leave this jail with a commitment to lawful behavior then you and your staff by example must be law abiding "at all times" and not just when it seems your political interest to do so. I want these publications in pursuing my civil litigation to vindicate my rights. I need my PLN, Gritsforbreakfast, & NLG's each month or else provide me written notice of your rejection and the basis for such.

Thank you,

LAS/