# Exhibit L
# Affidavit of Leslie Sweet

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **PRISON LEGAL NEWS,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO.** |
| | § | **3:07-CV-0367-P** |
| **GARY LINDSEY, et al.** | § | |
| **Defendants.** | § | |

### AFFIDAVIT OF LESLIE SWEET

Before me, the undersigned authority, personally appeared Leslie Sweet who, being by me first duly sworn, deposed and stated as follows:

My name is Leslie Sweet. I am over twenty one years of age, of sound mind, capable of making this affidavit and have personal knowledge of the facts stated herein, which are all true and correct.

I am an attorney duly licensed to practice law in the State of Texas. I am employed by the Dallas County Sheriff's Department ("the DCSD") and currently assigned to duty as its Legal Advisor. As part of my duties I am a custodian of records for the DCSD.

Attached hereto is the written policy promulgated by the DCSD, and put into effect on March 14, 2007, regarding the right of inmates incarcerated in the Dallas County Jail to any newspaper or other publication mailed to them directly from the publishers. This written policy provides, in particular, that inmates may receive newspapers through the mail and "[s]oft back books or publications from publishers,

Appendix p. 47

publication suppliers or bookstores" through the mail.   Under this policy, Plaintiff's

publication "Prison Legal News," if mailed to an inmate, will be delivered to that inmate,

whether the "Prison Legal News" is regarded as a "newspaper" or a "publication."   A

notice has been posted in the mailroom of the DCSD that states: It is the policy of the

Dallas County Sheriff's Department that an inmate is allowed to receive the publication

"Prison Legal News" if it was mailed to the inmate through the United States Mail and if

that publication is addressed to that inmate in particular.

Further the affiant sayeth not.

Leslie Sweet, AFFIANT

STATE OF TEXAS            §

COUNTY OF DALLAS         §

Subscribed and sworn to before me on this 29th day of May, 2007.

**ANGELA CARNLEY**
Notary Public State of Texas
Commission Expires
OCTOBER 11, 2007

Notary Public in and for the State of Texas

Appendix p. 48

Dallas County Sheriff=s Department
Office of Detentions

Newspapers,
Magazines, and
Inmate Mail Policy

## PURPOSE

This policy statement establishes in writing new policy on newspapers, and magazines for inmates and inmate mail that came into effect by the verbal orders of the Chief Deputy, Office of Detention, March 31, 2006.

## RESPONSIBILITY

A. Each Division Commander under the Office of Detentions is responsible for implementing this policy and incorporating into their respective jail=s Standard Operating Procedure.

B. Watch Commanders and Supervisors are responsible for implementing and enforcing this policy.

C. Each Detention Officer and Clerk is responsible for reading, understanding and following this policy

## POLICY

A. General Population inmates are not allowed to purchase newspapers.

1. Local, national and international news are available from the television located in each tank=s dayroom.

2. These inmates may receive these items through the mail.

3. Restricting possession of newspapers will help eliminate clutter in the tanks.

B. Inmates housed in single cells (except suicidal and certain behavioral observation inmates):

1. May order and have the current day=s newspaper, and may have up to three non-religious or non-legal periodicals or magazines in their cell.

2. These inmates may receive through the mail newspapers and magazines as outlined in the Inmate Mail Room Standard Operating Procedures.

March 14, 2007                                                                 1-2

Case 3:07-cv-00367 Document 21 Filed 05/29/2007 Page 6 of 6 Page 2
Dolena Westergard - Newspapers Magazines and Inmate Mail Policy.doc
Case 3:07-cv-00367 Document 35-13 Filed 09/28/07 Page 5 of 5 PageID 273

       3.    News from a television is not readily available to inmates in single cells.

C.    Suicidal inmates and certain behavioral observation inmates, as determined by the Medical Provider, are not allowed newspapers, magazines, books, or periodicals for security and medical reasons.

D.    Inmates may receive through the US Mail, except as noted in C.

       1.    Soft back books or publications from publishers, publication suppliers, or bookstores.

       2.    Religious material, including magazines except that religious material may be received from any reputable source.

E.    All inmates may receive and keep all privilege mail (as defined in the Inmate Mail Room Standard Operating Procedure) and all religious material.