# Exhibit N
# Declaration of Barbara Belen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PRISON LEGAL NEWS, a non-profit<br>Washington corporation<br><br>Plaintiff<br><br>v.<br><br>GARY LINDSEY, individually and<br>in his official capacity as the Chief Deputy,<br>Office of Detentions for Dallas County,<br>EDGAR McMILLAN, individually,<br>UNKNOWN DALLAS COUNTY JAIL<br>GUARDS, individually and in their official<br>capacities, SHERIFF LUPE VALDEZ,<br>individually and in her official capacity as<br>the Sheriff of Dallas County, and DALLAS<br>COUNTY<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>3:07-CV-0367-P |

| | |
|---|---|
| STATE OF WASHINGTON | § |
| | § |
| COUNTY OF KING | § |

## DECLARATION OF BARBARA BELEN

1. "My name is Barbara Belen. I am a bookkeeper for Prison Legal News.

2. As part of my job with Prison Legal News, I act as a customer service representative. I take calls from subscribers and their families and attempt to solve problems with subscriptions.

3. On September 7, 2007, I took a phone call from Diana Warsham, the mother of Alfredo Bernal. Mr. Bernal subscribes to *Prison Legal News* and is currently incarcerated at the Dallas County Jail. Prison Legal News's business records list the Dallas County Jail as his current address.

4. Ms. Warsham told me her son was not receiving his copies of *Prison Legal News*, and that staff at the jail had told him inmates were not allowed to receive magazines.

5. After hanging up with Ms. Warsham, I called the Dallas County Jail. At approximately 1:00 pm, I spoke to a woman who identified herself as 'Sue.' Sue confirmed the jail did not allow inmates to possess magazines, because the inmates are allowed to watch television. Sue said this policy was put in place 'a month or so ago,' and that inmates receive 'no magazines—nothing.'

Initial 

1/2
Appendix p. 55

6. Prison Legal News has not received any notice from the Dallas County Jail that Mr. Bernal is not receiving his copy of the magazine. Prison Legal News has not received any opportunity to contest the decision to deny Mr. Bernal his copy of the magazine.

7. I, Barbara Belen, under the pains and penalties of perjury under the laws of the United States of America, swear I am capable of making this affidavit and that the foregoing statement is true and correct to the best of my knowledge."

Barbara Belen

9/21/07

Date

Initial