# Exhibit P
# Alfredo Bernal Inmate Requests and Grievances

# INMATE REQUEST FORM

FROM: Bernal, Alfred (YOUR NAME)    DATE: 6-3-07

BNO#: 07039783    TANK #: 6W05

TO: (CHECK PERSON TO WHOM THIS MESSAGE IS BEING SENT)

- [✓] INMATE SERVICES
- [ ] EDUCATION
- [ ] LAW LIBRARY
- [ ] OTHER
- [ ] SUBSTANCE ABUSE
- [ ] CHAPLAIN
- [ ] MEDICAL
- [ ] PSYCH

WRITE REQUEST HERE: (CONTINUE ON OTHER SIDE IF NECESSARY)

Dear Sir/Madam:

I have recently arrived from TDCJ on Bench Warrant and seek to have my Magazine subscription (Prison Legal News) transferred to this address.

Am I allowed to receive Prison Legal News (PLN) magazines from the publisher at this facility. Your response in this matter is greatly appreciated.

a. Bernal

FOR OFFICIAL USE ONLY. DO NOT WRITE BELOW THIS LINE.

RECEIVED OFFICER: HARRISON 7150    DATE/TIME: 06-03-07

ACTION TAKEN

OFFICER: _____    DATE/TIME: _____

FL1-29    REV. 8/99

Appendix p. 70

SNT3141.CS58.003

# INMATE REQUEST FORM

FROM: Bernal, Alfred    DATE: 6/15/07
(YOUR NAME)
BNO#: 07039783    TANK#: 6W05

TO: (CHECK PERSON TO WHOM THIS MESSAGE IS BEING SENT)
[✓] INMATE SERVICES  [ ] EDUCATION  [ ] LAW LIBRARY  [ ] OTHER
[ ] SUBSTANCE ABUSE  [ ] CHAPLAIN   [ ] MEDICAL      [ ] PSYCH

WRITE REQUEST HERE: (CONTINUE ON OTHER SIDE IF NECESSARY)

On 6-3-07, I submitted a "Kite" in regards to my "Prison Legal News" magazine subscription. DSO Harrison #7150 forwarded the aforementioned to the Mailroom for a Response. Consequently, DSO Pettway #2747 (Inmate Mailroom Section), on 6-13-07, notified inmate Bernal #07039783 that he may receive his "Prison Legal News" subscription <u>provided</u> that said inmate is assigned to a NorthTower <u>single cell</u>.

For the reasons mentioned, I, Alfredo Bernal #07039783, request to be assigned to a "Single Cell", so that my PLN subscription can be forwarded to me.

FOR OFFICIAL USE ONLY. DO NOT WRITE BELOW THIS LINE.    a. Bernal
c.c./file

RECEIVED

OFFICER: _____  DATE / TIME: _____

ACTION TAKEN
_____
_____
_____

OFFICER: _____  DATE / TIME: _____
FL1-29    Appendix p. 71    REV. 8/99

# INMATE REQUEST FORM

FROM: Bernal, Alfredo (YOUR NAME)   DATE: 7/17/07

BNO#: 07039783   TANK #: 6W05

TO: (CHECK PERSON TO WHOM THIS MESSAGE IS BEING SENT)

- [✓] INMATE SERVICES
- [ ] EDUCATION
- [ ] LAW LIBRARY
- [ ] OTHER
- [ ] SUBSTANCE ABUSE
- [ ] CHAPLAIN
- [ ] MEDICAL
- [ ] PSYCH

WRITE REQUEST HERE: (CONTINUE ON OTHER SIDE IF NECESSARY)

Dear Sir / Madam:

The purpose of this Kite is to determine if my three (3) grievances were received by the Grievance officer / committee.

1. On June 28, 2007, I submitted a grievance in regards to my Prison Legal News Magazine.

2. On July 1, 2007, I submitted a grievance in regards to the Dallas County Jail systems "Indigent Legal Supplies / mail".

3. On July 2, 2007, I submitted a grievance in regards to my writing pens being confiscated and none issued. via Indigent.

FOR OFFICIAL USE ONLY. DO NOT WRITE BELOW THIS LINE.

**RECEIVED**
OFFICER: Jusus   DATE/TIME: 10/2/07

**ACTION TAKEN**
The grievance Office does not have record of these complaints as of 7/17/07

OFFICER: _____   DATE/TIME: _____

FL1-29   Appendix p. 72   REV. 8/99

SNT3141.CS58.003

June 28, 2007

Bernal, Alfredo   Jr.                    07039783

6W05                                      6W05

On 05-31-07, I was bench warranted to Dallas County Jail from TDCJ (Stevenson Unit). Since March, 2007, I have been a PRISON LEGAL NEWS ("PLN") magazine subscriber.

On 06-03-2007, I forwarded a Kite requesting permission to receive my "PLN" magazine subscription.

On 06-13-2007, via "Inmate Kite Response", DSO L. Pettway #2747 informed me that I may receive "PLN" magazine, but that I cannot receive any other magazines, that I have to be a single cell in order to qualify.

Therefore, on 06/15/2007, I forwarded a Kite to "Inmate Services" informing of the above mentioned and, for the reasons therein, requested to be assigned to a "Single Cell" in order to accomplish substance of this instant grievance.

As of this the 28th day of June, 2007, I have not been assigned to a single cell, or received an "Inmate Kite Response" regarding this matter. I respectfully request for this issue to be addressed and to be assigned to a "Single Cell" so that I can continue receiving my "PLN" subscription which contains information that is not available on T.V. NEWS broadcast. Further, because I am a pro se litigant in a pending federal civil suit (4:06-cv-02615) and have only been allowed to attend two (2), one hour, sessions at the law library, I believe that I should be permitted to receive my "PLN" magazines pursuant to my First Amendment right under the federal constitution.

Respectfully, Alfredo Bernal, Jr.  cc:file

# *SECOND SUBMISSION OF GRIEVANCE*

COPY

July 23, 2007
BERNAL, Alfredo Jr.                    07039783
6W05                                   6W05

The first grievance submitted regarding the issue outlined below was on June 28, 2007. Further, on 07/17/2007, I submitted an FL1-29 (Inmate Request Form) to determine the status of said grievance and was informed that no record was on file of said grievance. Hence, second submission: On 05/31/07, I was bench warranted to Dallas County Jail from TDCJ (Stevenson Unit). Since March, 2007, I have been a PRISON LEGAL NEWS ("PLN") magazine subscriber. On 06-03-2007, I forwarded an FL1-29 requesting permission to receive my "PLN" subscription. On 06-13-2007 DSO L. Pettway #2747 responded that I may receive "PLN", but first must be assigned to a "single cell" in order to qualify. Consequently, on 06/15/2007, inmate Bernal forwarded an FL1-29 requesting to be assigned to a "Single Cell" in order receive his "PLN" magazines. As of July 23, 2007, I have NOT received a response, or been assigned to a "Single Cell" for the purpose of receiving my "PLN" subscription which contains information that is not available on T.V. News broadcast or Newspapers. Further, because I am a pro se litigant in a pending federal civil suit (4:06-cv-02615), and am only allowed approximately one (1), one (1) hour, session (ACCESS) at the law library, every 10 (ten) days I hereby request to be assigned to a "single cell" in order to accomplish the substance of the instant grievance. Respectfully,

Alfredo Bernal
cc: file

Appendix p. 74

✳ APPEAL of GRIEVANCE ✳

# INMATE GRIEVANCE COMPLAINT FORM
## DALLAS SHERIFF'S DEPARTMENT DETENTION BUREAU

**TODAY'S DATE:** August 29, 2007

**GRIEVANCE #** _____

**FROM: INMATE'S NAME** Bernal, Alfredo Jr.    **BOOK-IN #** 07039783

**CURRENT TANK** 6W05    **TANK WHERE INCIDENT OCCURRED** 6W05

### STATEMENT
(PRINT OR WRITE LEGIBLY. INCLUDE ALL DATES, TIMES, AND NAMES OF PERSONS INVOLVED, INCLUDING ANY WITNESSES IF NECESSARY.)

This is an appeal in regards to an issue that the undersigned (hereinafter "Grievant") submitted to the Inmate Grievance Committee on June 28, 2007 concerning denial of his Prison Legal News ("PLN") magazine subscription. Grievant has yet to receive a response to the issue complained of therein. Further, on August 1, 2007, Grievant forwarded a "Kite" (request) to "Inmate Services" to interview with a Grievance Committee Official regarding said failure to Reply. Further, on August 7, and 17, 2007, Grievant submitted two Kites to the "Inmate Grievance Committee" pertaining to the issues outlined above.

Because, as of the 24th day of August, 2007, Grievant has not received a reply to said grievance or Kite(s), he therefore construes said failure to respond a Denial of the issue complained of therein, and now appeals the denial thereof.

Grievant asserts that by denying him receipt of his "PLN" publication his right under the First Amendment to the federal constitution is violated. The information contained within "PLN" is not available on Television, Grievant has inadequate access to the Law Library, and he is a pro se litigant with two (2) active federal cause numbers.

For these reasons, Grievant respectfully request permission to receive his "PLN" publication, even if it would require Grievant to be assigned to a "Single Cell", or whatever other consequences necessary to accommodate his request herein.    Respectfully,
                                                                                        Alfredo Bernal
c.c./file

DO NOT WRITE BELOW THIS LINE (FOR STAFF USE ONLY). WRITE ON BACK IF NECESSARY TO COMPLETE FORM.

ALFREDO BERNAL, Grievant

**RECEIVED BY OFFICER:** _____    **RECEIVED BY GRIEVANCE OFFICER:** _____

DATE AND SIGN                                    DATE AND SIGN

**GRIEVANCE TYPE** _____