# Exhibit Q
# Alfredo Bernal Grievance Responses

**Dallas County Sheriff's Department**
**Inmate Kite Response**

**Inmate Name: Bernal, Alfredo**
**Book-In Number: 07039783**
**Location: 6W05**

**Date: June 13, 2007**

**Response**

**You can receive your Prison Legal News magazine but you can not receive any other magazines. You have to be a single cell in order for you to qualify.**

**DSO L. Pettway #2747**
**Inmate Mailroom/Release Section**
**2nd Watch**

# Dallas County Sheriff's Department

**Inmate Housing Bureau**
**Inmate Grievance Committee**

**To:** ALFREDO    , BERNAL

**Book - in #**    07039783

**Current Assignment**    NT    6W05

**Regarding Grievance**    074934                    **Filed on**        08/29/2007

**Your Grievance has been investigated by the Grievance Committee and
the determination of the committee is as follows:**

ACCORDING TO THE MAILROOM, PRISON LEGAL NEWSPAPERS ARE NOT
DENIED. THEY ARE DISTRIBUTED AS WE RECEIVE THEM.
THIS IS THE FIRST GRIEVANCE THAT THE COMMITTEE HAS RECEIVED
FROM YOU CONCERNING THIS MATTER.

**Response Date** 09/06/2007                    **The Grievance Committe**